**IT IS ORDERED as set forth below:**

**Date: January 7, 2020**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

```
                 UNITED STATES BANKRUPTCY COURT
                  NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION

IN RE:  ELIZABETH RENE EVANS,      {   CHAPTER 13
                                   {
                                   {
        DEBTOR                     {   CASE NO. A18-65261-SMS
                                   {
                                   {   JUDGE: SIGLER
```

### ORDER DENYING MOTION TO DISMISS HELD DECEMBER 17, 2019

The above-styled matter came before the Court, and it appearing to the Court, that an agreement was made at the call of the Court's calendar, to a payment arrangement on a strict compliance basis. It is

HEREBY ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Chapter 13 Plan, commencing with the next plan payment following the entry date of this Order and continuing for twelve (12) months following entry of this Order on a strict compliance basis. It is

FURTHER ORDERED, that should a default occur with any of the above-stated terms the Trustee may submit a Supplemental Report recommending dismissal and on receipt of such report the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice of hearing.

The Clerk of Court is directed to serve a copy of this Order on those in the attached distribution list.

End of Document

Presented by:

_____/s/_____
K. Edward Safir, Esquire
for Mary Ida Townson
Standing Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
GA Bar No.:  622149
eds@atlch13tt.com

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION


IN RE:   ELIZABETH RENE EVANS,      {   CHAPTER 13
                                    {
                                    {
         DEBTOR                     {   CASE NO. A18-65261-SMS
                                    {
                                    {   JUDGE: SIGLER
```

**<u>DISTRIBUTION LIST</u>**

```
MARY IDA TOWNSON
CHAPTER 13 TRUSTEE
285 PEACHTREE CENTER AVE, NE
SUITE 1600
ATLANTA, GA 30303

ELIZABETH RENE EVANS
2023 HIGHLAND PARC PLACE
MARIETTA, GA 30067

SLIPAKOFF & SLOMKA, PC
OVERLOOK III - SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA 30339
```